IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In re:   CATHERINE DORSEY,                                    Chapter 13
                                                              Case No. 19-10719-SDB
         Debtor(s)

## Trustee's Motion To Confirm Plan As Amended

Trustee moves that Debtor's(s') plan be confirmed. The plan, as amended commits Debtor's(s') disposable income to the plan for a period of at least thirty-six months and otherwise conforms to the requirements of Title 11. The plan, as amended will pay $_____ or more to unsecured creditors, but in any event will not pay less than _____% of the total allowed unsecured claims.

Debtor's(s') plan is amended to:

☐ Raise payments/extend plan as follows: _____

☐ Change valuation(s) as follows: _____

☐ Allow/Modify/Disallow claims as follows: _____

☑ Other: _The provisions of Paragraph 9 of the plan shall have no effect, and the stay shall remain in place as to Pentagon until proof is provided that their security interest was timely perfected._

Trustee certifies that none of the foregoing amendments require notice to creditors, other than those whose consent has been given. This __7__ day of __October__, 20_19_.

                                                              Chapter 13 Trustee/Attorney for Frederick L. Carpenter
If applicable:                                                Huon Le, Jane Miller Attorney for Chapter 13
                                                              Trustee Huon Le
_Catherine Dorsey_                                            GA. Bar No. 341438
Debtor                                                        Creditor's Counsel

Debtor                                                        Creditor's Counsel
_/s/ C.W. Wills_
Debtor's(s') Counsel                                          Creditor's Counsel
**Charles W. Wills**

Revised 12/1/2017                                             Form 2017-4-A